BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH, | Case No.: 1:14-cv-01875 LJO SKO |
| Plaintiffs, | |
| v. | **Stipulation and Order re: Abeyance** |
| JEH JOHNSON, Secretary, U.S. Department of Homeland Security; LEON RODRIGUEZ, Director, U.S. Citizenship and Immigration Services, et al., | |
| Defendants. | |

On February 24, 2015, U.S. Citizenship and Immigration Services issued interview notices pertaining to Plaintiffs' currently-pending naturalization applications. The interviews are set for March 10, 2015. Plaintiffs have sought (among other relief) an order requiring adjudication of their naturalization applications, and Defendants believe that the issuance of interview notices has the potential to affect this Court's jurisdiction over Plaintiffs' first two causes of action, in that interviews would trigger the statutory 120-day deadline for issuance of decisions on Plaintiff's naturalization applications. *See* 8 U.S.C. § 1447(b). Accordingly, the parties therefore stipulate to hold this matter in abeyance, vacate the March 17, 2015 hearing date, vacate the April 16, 2015 status conference, and instead file status reports or a joint status report if possible by May 1, 2015. The parties agree that this stipulation itself has no effect on Plaintiffs' right to seek, or Defendants' right to oppose, attorney's fees under the Equal Access to

Justice Act,  28 U.S.C. § 2412(d), or under any other legal theory, authority or precedent preserved in Plaintiffs' complaint.

Dated:  March 2, 2015                           Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                s/ Audrey B. Hemesath
                                                AUDREY B. HEMESATH
                                                Assistant United States Attorney

                                                Attorney for Defendants


                                                Bruce Leichty, A Professional Corporation

                                                By:  /s/ Bruce Leichty
                                                Bruce Leichty

                                                Attorney for Plaintiffs

## ORDER

The above stipulation is approved.

**SO ORDERED**
**Dated: March 3, 2015**

                                                **/s/ Lawrence J. O'Neill**
                                                **United States District Judge**

2