BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH, <br><br> Plaintiffs, <br><br> v. <br><br> JEH JOHNSON, Secretary, U.S. Department of Homeland Security; LEON RODRIGUEZ, Director, U.S. Citizenship and Immigration Services, et al., <br><br> Defendants. | Case No.: 1:14-cv-01875 LJO SKO <br><br> **Second Stipulation and [Proposed] Order re: Abeyance** |

On March 3, 2015, this Court granted the parties' joint stipulation to hold the matter in abeyance in light of then-scheduled interviews pertaining to Plaintiffs' pending naturalization applications. *See* ECF No. 24. Those interviews occurred on March 10, 2015. Following the interviews, U.S. Citizenship and Immigration Services ("USCIS") issued Notices of Intent to Deny Plaintiffs' applications. Plaintiffs filed responses to those notices on April 24, 2015.

In light of the pending adjudication of Plaintiffs' naturalization applications and in order to allow USCIS to review Plaintiffs' recent responses and issue a decision, the parties stipulate to hold this matter in abeyance for an additional sixty (60) days, and to file status reports—or a joint status report if possible—on or before June 30, 2015. The parties agree that this stipulation itself has no effect on Plaintiffs' right to seek, or Defendants' right to oppose, attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), or under any other legal theory,

authority, or precedent preserved in Plaintiffs' complaint; or on the substance of any other claim, cause of action, or contention made by Plaintiff therein, or availability or non-availability of any relief sought by Plaintiff thereon.

Dated: April 30, 2015

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney

Attorney for Defendants

Bruce Leichty, A Professional Corporation

By: /s/ Bruce Leichty
Bruce Leichty

Attorney for Plaintiffs

## ORDER

IT IS SO ORDERED.

Dated:  **April 30, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2