# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH, | Case No. 1:14-CV-01875-LJO-SKO |
| Plaintiffs, | ORDER SUBSTITUTING DEFENDANT |
| v. | |
| JEH JOHNSON, et al., | |
| Defendants. | |

In the original complaint in this case, Plaintiffs name "Eric Holder," in his capacity as the "Attorney General of the United States and Secretary of the Department of Justice of the United States, an unincorporated agency of the United States of America," as a Defendant. Complaint (Doc. 1) ¶ 14. In subsequent filings, Plaintiffs name Loretta Lynch, who now serves as the Attorney General of the United States, in her official capacity, as a Defendant in this case. Docs. 41, 42. Accordingly, pursuant to Federal Rule of Civil Procedure 25(d), this Court directs the Clerk of Court to terminate Eric Holder as Defendant and substitute Loretta Lynch as a Defendant in this action.

IT IS SO ORDERED.

Dated:   **November 24, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE