# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH, | Case No. 1:14-CV-01875-LJO-SKO |
| Plaintiffs, | |
| v. | ORDER VACATING MARCH 9, 2016 HEARING |
| JEH JOHNSON, et al., | |
| Defendants. | (Doc. 52) |

In their "Notice of Motion and Motion for Reconsideration or to Alter or Amend Judgment of 1/8/2016 Dismissing Case and Denying Leave to Amend," Plaintiffs make an unsupported assertion that counsel has a "normal right to offer oral argument," and explicitly request such a hearing on the instant Motion. Doc. 52, at 1. However, Plaintiffs have no such "right" to a hearing in which to present oral arguments. It is within the discretion of this Court to order that a given motion be submitted on the papers and without oral argument pursuant to Eastern District Local Rule 230(g) which provides, in relevant part:

> Upon call of the motion, the Court will hear appropriate and reasonable oral argument. Alternatively, the motion may be submitted upon the record and briefs on file if the parties stipulate thereto, *or if the Court so orders*, subject to the power of the Court to reopen the matter for further briefs or oral argument or both.

Local Rule 230(g) (emphasis added). Under Local Rule 230(g), and in the interest of judicial economy, the Court hears oral arguments only if such argument would assist the Court in understanding the positions set forth by the parties in their motion papers.

Here, as Defendants have submitted a timely opposition to the instant Motion (Doc. 54), and Plaintiffs have filed a timely reply (Doc. 55), the matter is ripe for review. Having carefully considered the parties' briefings, which clearly assert their respective positions on the issues at hand, the Court concludes that oral argument is unnecessary in deciding the instant Motion. Accordingly, the hearing set for March 9, 2016, at 8:30 AM, is hereby VACATED.

IT IS SO ORDERED.

Dated:   **March 2, 2016**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE