# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, in her Capacity as Secretary for Department of Homeland Security, et al., <br><br> Defendants. | Case No. 1:14-cv-01875-LJO-SKO <br><br> **ORDER GRANTING STIPULATION AUTHORIZING FILING OF FIRST AMENDED COMPLAINT** <br><br> (Doc. 67) |

**ORDER**

Pursuant to the parties' "Stipulation Authorizing Filing of First Amended and Supplemented Complaint" (Doc. 67), and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs may, within 15 days of the date of this Order, file and serve a "First Amended and Supplemented Complaint and Petition" in substantially the same form as previously proposed to the Court in conjunction with Plaintiffs' prior-filed "Motion for Order Authorizing Filing of First Amended and Supplemented Complaint" (Docs. 32, 33, & 34) (the "Motion")[1], with modifications and updates as necessary at the discretion of Plaintiffs based on the passage of time since the Motion was filed; and

2. Defendants shall respond to the amended complaint within 21 days after its filing.

IT IS SO ORDERED.

Dated: **June 6, 2018**          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs' Motion was denied on January 8, 2016. (*See* Doc. 50.)