# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH, | Case No. 1:14-cv-01875-LJO-SKO |
| Plaintiffs, | **ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE AND EXTENSION TO FILE JOINT SCHEDULING REPORT** |
| v. | |
| KIRSTJEN NIELSEN, in her Capacity as Secretary for Department of Homeland Security, et al., | |
| Defendant. | (Doc. 72) |

Having considered the papers and all pleadings on file and good cause appearing therefor, IT IS HEREBY ORDERED that the Unopposed Motion to Continue Scheduling Conference and Extension to File Joint Scheduling Report (Doc. 72) is GRANTED, as follows:

1. The Mandatory Scheduling Conference **is CONTINUED from June 26, 2018, at 9:45 a.m., to July 17, 2018, at 9:45 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto.**

2. The Parties shall file an updated Joint Report pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) at least seven days prior to the continued Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated: **June 20, 2018**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE