# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>    Defendants. | Case No. 1:14-CV-01875-LJO-SKO<br><br>ORDER SUBSTITUTING DEFENDANTS |

In the original complaint in this case, Plaintiffs named the following Defendants: Jeh Johson, in his capacity as Secretary for the United States Department of Homeland Security ("DHS"); Leon Rodriguez, in his capacity as Assistant Secretary for the DHS and Director for United States Citizenship and Immigration Services ("USCIS"); Mari-Carmen Jordan, in her capacity as Assistant Secretary for USCIS responsible for the Sacramento field office and the Fresno sub-office; Jonathan Crawford, in his capacity as the Field Office Director for the Fresno sub-office of USCIS; and Eric Holder, in his capacity as Attorney General of the United States and Secretary of the United States Department of Justice. ECF No. 1. The Court previously substituted Loretta Lynch for Eric Holder. ECF No. 46.

Plaintiffs' first amended complaint now names the following Defendants: Kirstjen Nielsen, in her capacity as Secretary For Department Of Homeland Security; L. Francis Cissna, in his capacity as Director For U.S. Citizenship and Immigration Services; Monica E. Toro, in her capacity as District Director U.S. Citizenship and Immigration Services; and Lynn Q. Feldman, in her capacity as Director

Of Fresno Office Of U.S. Citizenship and Immigration Services; and Jefferson B. Sessions III, in his capacity as Attorney General of the United States. ECF No. 69.

Accordingly, pursuant to Federal Rule of Civil Procedure 25(d), this Court directs the Clerk of Court to terminate Jeh Johson, Leon Rodriguez, Mari-Carmen Jordan, Jonathan Crawford, and Loretta Lynch as Defendants and substitute Kirstjen Nielsen, L. Francis Cissna, Monica E. Toro, Lynn Q. Feldman, and Jefferson B. Sessions III as a Defendants in this action in their respective official capacities.

IT IS SO ORDERED.

Dated: **October 26, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE