JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
District Court Section
Office of Immigration Litigation
ANTHONY D. BIANCO
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-8014
E-mail: anthony.d.bianco@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH, | Case No.: 1:14-cv-01875-LJO-SKO |
| Plaintiffs, | **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |
| v. | |
| KEVIN K. MCALEENAN, in his Capacity as Acting Secretary of Homeland Security,[1] *et al.*, | **(Doc. 95)** |
| Defendants. | |

The parties hereby stipulate and respectfully request that the Court consent to amending the Scheduling Order, Doc. No. 93, to extend the non-expert discovery deadline by 45 days[2] and

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Kevin K. McAleenan is automatically substituted as Acting Secretary of Homeland Security for his predecessor in office, effective April 10, 2019.

[2] The parties have also proposed to extend the expert discovery deadlines to accommodate their proposed non-expert discovery extension, but by less than the 45-day period requested for the non-expert discovery extension to ultimately shorten the length of time requested for the

1

1 | the non-dispositive and dispositive motions dates by 14 days, for good cause, and in support
2 | state:

3 | 1. On December 13, 2018, the Court issued a scheduling order setting the following discovery deadlines: non-expert discovery complete by May 31, 2019; expert disclosures complete by June 7, 2019; rebuttal expert disclosures complete by June 14, 2019; and expert discovery complete by June 30, 2019. Doc. No. 93. The Court further set a deadline of July 31, 2019, for non-dispositive and dispositive motions. *Id.*

2. To date, the parties have engaged in active discovery, including production of hundreds of pages of documents and the deposition of eight witnesses. Furthermore, there are outstanding discovery disputes that the parties are actively attempting to resolve without the need for the Court's intervention.

3. The parties intend on conducting additional depositions of witnesses and the government intends on providing additional disclosures and production of documents to Plaintiffs, which is expected, in turn, to require additional discovery.

4. The parties agree that the additional time requested is necessary to allow the parties to complete discovery, and propose the following amended discovery schedule: non-expert discovery complete by July 15, 2019; expert disclosures due by July 19, 2019; rebuttal expert disclosures due by July 26, 2019; and expert discovery complete by August 9, 2019.

5. The parties also propose that non-dispositive and dispositive motion deadlines be extended 14 days to August 14, 2019, in order to not disrupt the dates set thereafter in the Scheduling Order. The parties do not wish to cause a change to the trial date.

6. This request is not made for any improper purpose or to create unnecessary delay, but rather to facilitate full and complete discovery in this case.

\* \* \*

For the forgoing reasons, the parties hereby request that the Court modify its Scheduling Order as follows: non-expert discovery complete by July 15, 2019; expert disclosures due by

---

extensions to the motions deadlines. The parties believe that any expert discovery can be accomplished within the timeframe proposed herein.

July 19, 2019; rebuttal expert disclosures due by July 26, 2019; expert discovery complete by August 9, 2019; and non-dispositive and dispositive motions due by August 14, 2019.

Dated:  May 8, 2019

*/s/ Bruce Leichty (with consent)*
BRUCE LEICHTY
Bruce Leichty, A Professional Corporation
264 Clovis Avenue
Clovis, CA 93612
Telephone: (559) 298-5900
E-mail: leichty@sbcglobal.net

Attorney for Plaintiffs

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
District Court Section
Office of Immigration Litigation

TIMOTHY M. BELSAN
Chief

*/s/ Anthony D. Bianco*
ANTHONY D. BIANCO
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-8014
E-mail: anthony.d.bianco@usdoj.gov

Attorneys for Defendants

## **ORDER**

The Court, having considered the parties above Stipulation to Amend Scheduling Order to Extend Discovery (Doc. 95), and for good cause shown, hereby GRANTS an extension of discovery and other pretrial dates as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | May 31, 2019 | July 15, 2019 |
| Expert Disclosures | June 7, 2019 | July 19, 2019 |
| Rebuttal Expert Disclosures | June 14, 2019 | July 26, 2019 |
| Expert Discovery Completion | June 30, 2019 | August 9, 2019 |
| Non-Dispositive Motion Filing | July 31, 2019 | August 14, 2019 |
| Non-Dispositive Motion Hearing | September 4, 2019 | September 11, 2019 |
| Dispositive Motion Filing | July 31, 2019 | August 14, 2019 |
| Dispositive Motion Hearing | September 5, 2019 | September 19, 2019 |

All other dates in the Scheduling Order (Doc. 93), remain unchanged.

The Court also advises the parties that there is no more room in the schedule to further extend any other pretrial dates without moving the trial date. As such, this is the only stipulation to modify the Scheduling Order that the Court will entertain.

IT IS SO ORDERED.

Dated: **May 8, 2019**                             /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE