# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, et al., <br><br> Defendants. | Case No. 1:14-CV-01875-LJO-SKO <br><br> ORDER SUBSTITUTING DEFENDANTS |

Plaintiffs' first amended complaint names Kirstjen Nielsen, in her capacity as Secretary For Department Of Homeland Security; L. Francis Cissna, in his capacity as Director For U.S. Citizenship and Immigration Services; Monica E. Toro, in her capacity as District Director U.S. Citizenship and Immigration Services; Lynn Q. Feldman, in her capacity as Director Of Fresno Office Of U.S. Citizenship and Immigration Services; Jeffreson B. Sessions III, in his capacity as Attorney General of the United States. ECF No. 69.

Pursuant to Federal Rule of Civil Procedure 25(d), this Court directs the Clerk of Court to terminate Kirstjen Nielsen, L. Francis Cissna, and Jefferson B. Sessions III as a Defendants in this action in their respective official capacities as they longer serve in those official capacities. The Court directs to Clerk of Court to substitute Kevin K. McAleenan, in his capacity as Acting Secretary For Department Of Homeland Security; Kenneth T. Cuccinelli, in his capacity as Acting Director For U.S. Citizenship and

1

Immigration Services; and William P. Barr in his capacity as Attorney General of the United States.

IT IS SO ORDERED.

Dated: __**October 31, 2019**__      _____**/s/ Lawrence J. O'Neill**_____
                                              UNITED STATES CHIEF DISTRICT JUDGE