# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH,<br><br>Plaintiffs,<br><br>v.<br><br>Kevin K. McAleenan, et al.,<br><br>Defendants. | Case No. 1:14-CV-01875-LJO-SKO<br><br>ORDER SUBSTITUTING DEFENDANT |

Pursuant to Federal Rule of Civil Procedure 25(d), this Court directs the Clerk of Court to terminate Defendant Kevin K. McAleenan, in his capacity as Acting Secretary For Department Of Homeland Security, and to substitute Chad F. Wolf, in his capacity as Acting Secretary For Department Of Homeland Security.

IT IS SO ORDERED.

Dated: **December 6, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1