BRIAN M. BOYNTON
Acting Assistant Attorney General
U.S. Department of Justice
Civil Division
TIMOTHY M. BELSAN
Director
Office of Immigration Litigation
Enforcement Section
ANTHONY D. BIANCO
Deputy Director
HANS H. CHEN
Trial Attorney
   P.O. Box 868
   Washington, D.C. 20044
   Telephone: (202) 305-0190
   Facsimile: (202) 305-7000

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH and SEAK LEANG YITH, | No. 1:14-cv-01875-NONE-SKO |
| Plaintiffs, | **JOINT STIPULATION TO MODIFY PRETRIAL ORDER [DKT. 140]** |
| v. | |
| ALEJANDRO MAYORKAS, in his Capacity as Secretary of Homeland Security, et al., | |
| Defendants. | |

     Pursuant to Local Rule 143, Plaintiffs Seanlim Yith and Seak Leang Yith ("Plaintiffs") and Defendants Alejandro Mayorkas, et al. ("Defendants," and with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

     1.    On April 13, 2021, the Court entered a Pretrial Order in this action, Dkt. 140 ("Pretrial Order").

2. The parties stipulate to an order amending Attachment B to the Pretrial Order so that "Michael La, USCIS Records Custodian" is substituted for "Joe Long, USCIS Records Custodian" as a potential trial witness.

Dated: June 8, 2021

/s/ Bruce Leichty (with consent)
BRUCE LEICHTY
Bruce Leichty, A Professional Corporation

Attorney for Plaintiffs

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General
U.S. Department of Justice
Civil Division

TIMOTHY M. BELSAN
Director
Office of Immigration Litigation
Enforcement Section

ANTHONY D. BIANCO
Assistant Director

/s/ Hans H. Chen
HANS H. CHEN
Trial Attorney
P.O. Box 868
Washington, DC 20044
Telephone: (202) 305-0190
Facsimile: (202) 305-7000

Attorneys for Defendants

**ORDER**

The foregoing stipulation is approved.

IT IS ORDERED that Attachment B to the Pretrial Order is amended to substitute "Michael La, USCIS Records Custodian" for "Joe Long, USCIS Records Custodian" as a potential trial witness.

IT IS SO ORDERED.

Dated: **June 8, 2021**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE