UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANLIM YITH AND SEAK LEANG YITH,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | No. 1:14-cv-01875-NONE-SKO<br><br>ORDER RE TRIAL PROTOCOLS<br><br>Bench Trial:    Date: June 15, 2021<br>(3 Partial Days)    Time: 8:30 a.m.<br>    Courtroom: No. 3 |

Attached are the COVID-19 protocols for jury trials conducted before this court. They will be followed, to the extent applicable, at the civil bench trial in this action scheduled to proceed on June 15 through June 17, 2021 in the ceremonial courtroom in Fresno.

IT IS SO ORDERED.

Dated: **June 8, 2021**

                                                                                                      
UNITED STATES DISTRICT JUDGE